1

2

3

4

5

6

7

8
UNITED STATES DISTRICT COURT

9
FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11
ANTHONY DEWAYNE LEE TURNER,                    No.  2:20-cv-1370 DB P

12
                       Petitioner,

13
        v.                                                          ORDER

14
PEOPLE OF THE STATE OF
CALIFORNIA,

15

16
                       Respondent.

17

18
        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas

19
corpus pursuant to 28 U.S.C. § 2254.  Petitioner has not, however, filed an in forma pauperis

20
affidavit or paid the required filing fee ($5.00).  See 28 U.S.C. §§ 1914(a); 1915(a).  Petitioner

21
will be provided the opportunity to either submit the appropriate affidavit in support of a request

22
to proceed in forma pauperis or submit the appropriate filing fee.

23
        In accordance with the above, IT IS HEREBY ORDERED that:

24
        1.  Petitioner shall submit, within thirty days from the date of this order, an affidavit in

25
support of his request to proceed in forma pauperis or the appropriate filing fee; petitioner's

26
failure to comply with this order will result in a recommendation that this action be dismissed;

27
and

28
/////

1

1        2.  The Clerk of the Court is directed to send petitioner a copy of the in forma pauperis

2  form used by this district.

3  Dated:  July 13, 2020

4

5                                                                                  _____
6                                                                                  DEBORAH BARNES
                                                                                   UNITED STATES MAGISTRATE JUDGE
7

8

9

10

11

12

13

14  DLB:9
    DB/prisoner-habeas/turn1370.101a
15

16

17

18

19

20

21

22

23

24

25

26

27

28