1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                         FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   ANTHONY DEWAYNE LEE TURNER,              No.  2:20-cv-1370 JAM DB P

12                      Petitioner,

13          v.                                ORDER

14   PEOPLE OF THE STATE OF CALIF.,

15                      Respondent.

16

17          Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas

18   corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate

19   Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20          On August 12, 2020, the magistrate judge filed findings and recommendations herein

21   which were served on petitioner and which contained notice to petitioner that any objections to

22   the findings and recommendations were to be filed within thirty days.  Petitioner has filed

23   objections to the findings and recommendations.

24          In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this

25   court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the

26   court finds the findings and recommendations to be supported by the record and by proper

27   analysis.

28   /////

1

Accordingly, IT IS HEREBY ORDERED that:

1.  The findings and recommendations filed August 12, 2020, are adopted in full;

2.  Petitioner's application for a writ of habeas corpus is dismissed without prejudice for failure to exhaust state remedies; and

3.  The court declines to issue the certificate of appealability referenced in 28 U.S.C. § 2253.

DATED: October 6, 2020                       /s/ John A. Mendez
                                             THE HONORABLE JOHN A. MENDEZ
                                             UNITED STATES DISTRICT COURT JUDGE